**Reap. Dec. 8741.**— —*Barclay & Co., Inc.* v. *United States.* Entered at New York, N. Y. [Not published.] Motion by plaintiff.

**Reap. Dec. 8742.**— 

—*Frank P. Dow Co., Inc.* v. *United States.* Entered at Sumas, Wash. [Not published.] Motion by plaintiff.

**Reap. Dec. 8743.**— 

██—*Geo. S. Bush & Co., Inc. et al.* v. *United States.* Entered at Seattle, Wash., Boston, Mass. and Philadelphia, Pa. [Not published.] Motion by plaintiffs.

**Reap. Dec. 8744.**— 

██.—*Arkwright Accessories, Inc. et al.* v. *United States.* Entered at New York, N. Y. [Not published.] Motion by plaintiffs.

**Reap. Dec. 8745.**— 

*Globe Advance Corp.* v. *United States.* Entered at New York, N. Y. [Not published.] Motion by plaintiff.

(Reap. Dec. 8746)

## United States *v.* Elvic Import Corp.

Entry No. 41476 1/2.

(Decided February 14, 1957)

*George Cochran Doub,* Assistant Attorney General (*Daniel I. Auster,* trial attorney), for the plaintiff.

Defendant not represented by counsel.

Ford, Judge: When this case was called for hearing, counsel for the Government and the president of the defendant corporation submitted the same upon a stipulation. Accepting this stipulation as a statement of fact, I find the proper export value of the merchandise shown as item 460/9 on invoice 2279 of December 13, 1954, to be $1.25 per 100 meters, plus packing; the merchandise shown as item 460/9 on invoice 2277 of December 13, 1954, I find the proper export value to be $1.25 per 100 meters, plus packing; and the merchandise shown as item 460/11 on the same invoice, I find the proper export value to be $1.53 per 100 meters, plus packing. Judgment will be rendered accordingly.